# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN -6 PM 3:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KMH DEPUTY

Tammara Ivey,

PLAINTIFF

vs

Crown Asset Management,

DEFENDANT

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1020 JM RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | JUN - 6 2008 |
| CLERK | DATE |

K. HAMMERLY

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)