Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (SBN: 253265)
dmcglothlin@westcoastlitigation.com
HYDE & SWIGART
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorney for the Defendant
Tammara Ivey

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMARA IVEY,<br><br>Plaintiff,<br><br>v.<br><br>CROWN ASSET MANAGEMENT,<br><br>Defendant. | Case No.: 08 CV 1020 JM RBB<br><br>**PROOF OF SUMMONS** |

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Tammara Ivey,

PLAINTIFF

vs

Crown Asset Management,

DEFENDANT

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1020 JM RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN - 6 2008
DATE

By K. HAMMERLY, Deputy Clerk

JOSHUA SWIGART, ESQ.
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770
Attorney for : TAMMARA IVEY

Ref. No. : 1105747-01
Atty. File No.: 08CV1020JMRBB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : IVEY
DEFENDANT : CROWN ASSET MANAGEMENT, LLC

Case No.: 08-CV-1020-JM-RBB
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL CASE COVER SHEET

3. a. Party served : CROWN ASSET MANAGEMENT
AUTHORIZED AGENT: CORPORATE RESEARCH SOLUTIONS OR REGISTERED AGENTS
b. Person served : JENNIFER ESCOBEDO, PROCESS SPECIALIST
(AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 515 CONGRESS AVENUE SUITE 2300
AUSTIN, TX 78701 (Business)

5. I served the party
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 8, 2008 (2) at: 04:15 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
c. on behalf of: CROWN ASSET MANAGEMENT
AUTHORIZED AGENT: CORPORATE RESEARCH SOLUTIONS OR REGISTERED AGENTS
under [xx] CCP 415.95 (business org., form unknown)

7. **Person who served papers**
a. TOD PENDERGRASS
b. KNOX ATTORNEY SERVICE, INC.
2250 Fourth Avenue
San Diego, California 92101
c. 619-233-9700

d. Fee for service: $140.50
e. I am:
(3) a registered California process server
(i) an independent contractor
(ii) Registration No.: 152
(iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 17, 2008

Signature: **SEE ATTACHED NOTARIZED AFFIDAVIT**
TOD PENDERGRASS

# RETURN

STATE OF TEXAS §
§ Case No. 08 CV 1020 JM RBB
COUNTY OF TRAVIS §

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen years of age and not a party to or interested in the outcome of the above numbered case. I am personally acquainted with the facts stated herein and they are true and correct."

"On July 8, 2008, I received Summons, Complaint for Damages and Civil Cover Sheet attached, for service on Crown Asset Management."

"Service of the Summons, Complaint for Damages and Civil Cover Sheet attached, for service on Crown Asset Management, Defendant, was made by me, a private process server, on July 8, 2008, at 4:15 o'clock p.m., by delivering to its Authorized Agent, Corporate Research Solutions, by delivering to the clerk designated to receive process, Jennifer Escobedo, by delivery in person at 515 Congress Avenue, Suite 2300, Austin, Texas 78701."

"I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name: Tod E. Pendergrass

Private Process Server

Service Fee $________

Before me, a notary public, on this the 9th day of July, 2008, personally appeared Tod E. Pendergrass, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct and that he has personal knowledge of the facts stated therein.

Star Salazar
Notary Public
State of Texas
My Commission Expires
April 27, 2011

Star Salazar
Notary Public in and for the State of Texas