TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Crown Asset Management, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMARA IVEY,<br><br>Plaintiff,<br><br>vs.<br><br>CROWN ASSET MANAGEMENT,<br><br>Defendant. | CASE NO. 08-CV-1020 JM RBB<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant CROWN ASSET MANAGEMENT, LLC certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Crown Asset Management, LLC, a Georgia Limited Liability Company.

DATED: August 18, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By: s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendant
Crown Asset Management, LLC

# PROOF OF SERVICE

I, Tomio B. Narita, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816. I am counsel of record for the defendant in this action.

On August 18, 2008, I caused the **DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES** to be served upon the parties listed below via the Court's Electronic Filing System:

**VIA ECF**

Joshua Swigart
josh@westcoastlitigation.com
Counsel for Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 18th day of August, 2008.

By: s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendant
Crown Asset Management