TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Crown Asset Management, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMARA IVEY,<br><br>Plaintiff,<br><br>vs.<br><br>CROWN ASSET MANAGEMENT,<br><br>Defendant. | CASE NO. 08-CV-1020 JM RBB<br><br>***EX PARTE* APPLICATION OF DEFENDANT CROWN ASSET MANAGEMENT FOR PERMISSION TO APPEAR TELEPHONICALLY AT EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendant Crown Asset Management ("Defendant") submits the following *Ex Parte* Application For Permission to Appear Telephonically at the Early Neutral Evaluation Conference.

## *EX PARTE* APPLICATION

Defendant's representative with settlement authority is located in Georgia, and it would place an undue financial burden on Defendant to fly that representative across the country to attend the conference in person. For this reason, Defendant seeks permission from the Court to appear telephonically at the Early Neutral Evaluation Conference on September 10, 2008 at 1:30 p.m. before the Honorable Ruben B. Brooks. Counsel for Defendant will appear in person, and will have Defendant's representative on telephone standby throughout the conference.

**Counsel for Plaintiff, Joshua B. Swigart, has stated that he does not oppose this request**.

## MEMORANDUM IN SUPPORT OF APPLICATION

Pursuant to the Court's Order of August 19, 2008 setting this action for an Early Neutral Evaluation Conference, Defendant respectfully requests that its representative be permitted to appear by telephone at the ENE conference. The undersigned counsel for Defendant will appear in person.

Defendant takes its obligations under the Court's ENE order seriously, and it is prepared to participate in good faith in the ENE conference in order to discuss resolution of the action. However, Defendant's representative with settlement authority is located in Duluth, Georgia and it would therefore place an undue financial burden on Defendant to fly the representative across the country to attend the conference in person. Defendant's representative agrees to remain available by telephone even after normal business hours, until released by the Court.

//

Plaintiff does not object to this request.

Based on the foregoing, Defendant respectfully requests that it be released from its obligation to personally attend the ENE session, and that it may remain on telephone standby throughout the conference while its counsel attends in person.

DATED: August 29, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By: s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendant
Crown Asset Management, LLC

## PROOF OF SERVICE

I, Tomio B. Narita, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816. I am counsel of record for the defendant in this action.

On August 18, 2008, I caused the **ANSWER TO COMPLAINT** to be served upon the parties listed below via the Court's Electronic Filing System:

**VIA ECF**

Joshua Swigart
josh@westcoastlitigation.com
Counsel for Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 18th day of August, 2008.

By: s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendant
Crown Asset Management