1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAMMARA IVEY, | ) | CASE NO. 08-CV-1020 JM RBB |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING *EX PARTE* APPLICATION OF DEFENDANT CROWN ASSET MANAGEMENT FOR PERMISSION TO APPEAR TELEPHONICALLY AT EARLY NEUTRAL EVALUATION CONFERENCE** |
| vs. | ) | |
| CROWN ASSET MANAGEMENT, | ) | |
| Defendant. | ) | |

1 | Defendant Crown Assert Management ("Defendant") has submitted an *Ex Parte* Application For Permission to Appear Telephonically at the Early Neutral Evaluation Conference on September 10, 2008 at 1:30 p.m.  Good cause having been shown,

IT IS HEREBY ORDERED that Defendant's application for permission to appear telephonically at the ENE Conference is granted.  Defendant's representative shall remain available by telephone for the duration of the Early Neutral Evaluation Conference, until released by the Court.

IT IS SO ORDERED.

DATED: September 2, 2008

_____
Hon. Ruben B. Brooks
United States Magistrate Judge
United States District Court
Southern District of California