MICHAEL R. SIMMONDS (SBN 96238)
TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
msimmonds@snllp.com
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Crown Asset Management, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMARA IVEY,<br><br>Plaintiff,<br><br>vs.<br><br>CROWN ASSET MANAGEMENT,<br><br>Defendant. | CASE NO. 08-CV-1020 JM RBB<br><br>**NOTICE OF APPEARANCE OF MICHAEL R. SIMMONDS AS COUNSEL FOR DEFENDANT** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Michael R. Simmonds, Esq. of the law firm Simmonds & Narita LLP, hereby notes his appearance as additional counsel for defendant Crown Asset Management in this matter.

DATED: September 4, 2008

SIMMONDS & NARITA LLP
MICHAEL R. SIMMONDS
TOMIO B. NARITA
JEFFREY A. TOPOR

By: s/Michael R. Simmonds
Michael R. Simmonds
Attorneys for Defendant
Crown Asset Management, LLC

## PROOF OF SERVICE

I, Michael R. Simmonds, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816. I am counsel of record for the defendant in this action.

On September 4, 2008, I caused the **NOTICE OF APPEARANCE OF MICHAEL R. SIMMONDS AS COUNSEL FOR DEFENDANT** to be served upon the parties listed below via the Court's Electronic Filing System:

**VIA ECF**

Joshua Swigart
josh@westcoastlitigation.com
Counsel for Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 4th day of September, 2008.

By: s/Michael R. Simmonds
Michael R. Simmonds
Attorneys for Defendant
Crown Asset Management