**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TAMMARA IVEY**, <br><br> Plaintiff, <br><br> v. <br><br> **CROWN ASSET MANAGEMENT**, <br><br> Defendant. | Case No.: 08 CV 1020 JM (RBB) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> **HON. JEFFREY T. MILLER** |

Based upon the Plaintiff's Unilateral Motion for Dismissal, and good cause appearing, this Court hereby orders the entire action, to be, and herewith is dismissed with prejudice. The Clerk of Court is directed to close this file.

IT IS SO ORDERED.

Dated: April 2, 2009

_____
HON. JEFFREY T. MILLER
U.S. DISTRICT JUDGE